OCTOBER 15, 1990

No. 89–1986.  OHIO CASUALTY INSURANCE CO. *v.* G. AMADOR CORP.  Ct. App. Cal., 2d App. Dist.  Certiorari dismissed under this Court's Rule 46.

No. 90–272.  BROOKS ET AL. *v.* GEORGIA STATE BOARD OF ELECTIONS ET AL.; and
No. 90–332.  GEORGIA STATE BOARD OF ELECTIONS ET AL. *v.* BROOKS ET AL.  Affirmed on appeals from D. C. S. D. Ga.  Reported below: 775 F. Supp. 1470.

No. 90–5183.  CARY *v.* UNITED STATES.  C. A. 8th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Eichman,* 496 U. S. 310 (1990).

No. 90–5454.  DRAPER *v.* OHIO.  Ct. App. Ohio, Clermont County.  Certiorari dismissed for want of jurisdiction.

No. — – ——.  LALIBERTE *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – ——.  IN RE STERN.  Application for readmission to the Bar, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.  JUSTICE STEVENS would grant the application.

No. — – ——.  WATERS *v.* MARYLAND.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–259.  CINEMA BLUE OF CHARLOTTE, INC., ET AL. *v.* NORTH CAROLINA.  Ct. App. N. C.  Application for recall and stay of mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.